C. Larry O'Rourke (State Bar No. 219255)
larry.o'rourke@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Roger D. Taylor (To Be Admitted *Pro Hac Vice*)
roger.taylor@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone: (404) 653-6400
Facsimile:  (404) 653-6444

Linda Thayer (State Bar No. 195115)
linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P
55 Cambridge Parkway
Cambridge, Massachusetts 02142-1215
Telephone:   (617) 452-1600
Facsimile:    (617) 452-1666

Attorneys for Plaintiffs
MARVELL SEMICONDUCTOR, INC.
and MARVELL ASIA PTE., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GRANTED
*James Ware*
Judge James Ware
1/16/2009

| | |
|---|---|
| INTEL CORPORATION,<br>            Plaintiff,<br>       v.<br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br>            Defendant. | Case No. 5:08-cv-4555 (JW)<br><br>Honorable James Ware<br><br>**[PROPOSED] ORDER GRANTING MARVELL SEMICONDUCTOR, INC. AND MARVELL ASIA PTE. LTD.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Civ. L.R. 3-12]** |

**This Document Relates to:**

*Marvell Semiconductor, Inc. and Marvell Asia Pte. Ltd. v. Wi-LAN, Inc.*

N.D. Cal. Case No. 5:08-cv-05544 JW

This matter comes before the Court in Marvell Semiconductor, inc. and Marvell Asia Pte. Ltd's ("Marvell") Administrative Motion to Consider Whether Cases Should be Related, filed on December 16, 2008, pursuant to Civil Local Rule 3-12. The Court, having fully considered the papers and pleadings on file and submitted herewith, and good cause appearing,

HEREBY GRANTS Marvell's Administrative Motion to Consider Whether Cases Should be Related.

**IT IS SO ORDERED** that the following cases are related within the meaning of Local Rule 3-12(e):

| | |
|---|---|
| *Intel Corporation v. Wi-LAN, inc., et al.* | Case No. 5:08-cv-4555 (JW) |
| *Broadcom Corporation, et al. v. Wi-LAN, Inc.* | Case No. C 08-05543 EMC |
| *Marvell Semiconductor, Inc., et al. v. Wi-LAN,Inc.* | Case No. 5:08-cv-05544 (JW) |

This order also terminates Docket Item No. 23 in Case No. 08-04555 JW.

Dated: Jan 16, 2009

_____
The Honorable James Ware
United States Magistrate Judge

|     |                                                                                                |                                      |
| --- | ---------------------------------------------------------------------------------------------- | ------------------------------------ |
| 1   | **UNITED STATES DISTRICT COURT**                                                               |                                      |
| 2   | **NORTHERN DISTRICT OF CALIFORNIA**                                                            |                                      |

|                                                                                                     |                                |
| --------------------------------------------------------------------------------------------------- | ------------------------------ |
| INTEL CORPORATION,                                                                                  | Case No. 5:08-cv-4555 (JW)     |
| Plaintiff,                                                                                          |                                |
|                                                                                                     | **PROOF OF SERVICE**           |
| v.                                                                                                  |                                |
| WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP., |                                |
| Defendants.                                                                                         |                                |

**This Document Relates to:**

*Marvell Semiconductor, Inc. and Marvell Asia Pte. Ltd. v. Wi-LAN, Inc.*

N.D. Cal. Case No. 5:08-cv-05544 JW

I hereby certify that a copy of the **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** will be served via the Court's electronic case filing system on the following:

        Adam R. Alper
        Christian Chadd Taylor
        Kirkland & Ellis LLP
        555 California Street, 24th Floor
        San Francisco, CA 94101-1501
        aalper@kirkland.com
        ctaylor@kirkland.com

        Gregory S. Arovas
        John M. Desmarais
        Kirkland & Ellis LLP

|   |   |   |
|---|---|---|
| 1 | 153 East 53rd Street | |
|   | New York, NY 10022-4675 | |
| 2 | garovas@kirkland.com | |
|   | jdesmarais@kirkland.com | |
| 3 | *Attorneys for Plaintiff Intel Corporation* | |
| 4 | A. James Isbester | |
|   | Townsend and Townsend and Crew LLP | |
| 5 | Two Embarcadero Center, Eighth Floor | |
|   | San Francisco, CA 94111 | |
| 6 | Jamie@itpatentcounsel.com | |
|   | *Attorney for Defendant Wi-LAN, Inc.* | |
| 7 | | |
| 8 | DATED: December 16, 2008 | /s/ C. Larry O'Rourke |
| 9 | | C. Larry O'Rourke |

498286_1      2      [PROPOSED] ORDER