```
1   TOWNSEND AND TOWNSEND AND CREW LLP
    A. James Isbester (State Bar No. 129820)
2   Two Embarcadero Center Eighth Floor
    San Francisco, CA 94111
3   Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
4   Email: jisbester@townsend.com
5
    Specially appearing as attorneys
6   for defendant Wi-LAN Inc.
```

**GRANTED** — Judge James Ware — 2/9/2009

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., and MARVELL ASIA PTE., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>WI-LAN INC.,<br><br>Defendant. | Case No. C 08-CV-05544 JW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Specially appearing defendant Wi-LAN Inc., by and through its counsel, requests that defendant's time to answer or otherwise respond to the complaint herein be extended until February 25, 2009.

This stipulated request is made on the grounds that defendants require the additional time in which to prepare appropriate responses. The complaint in this case was filed on December 10, 2008. Plaintiffs Marvell Semiconductor, Inc. and Marvell Asia Pte., Ltd. do not oppose defendants' request.

So stipulated,

Dated:  January 16, 2009	TOWNSEND AND TOWNSEND AND CREW LLP

By: _____/S/_____
A. James Isbester (SBN 129820)
TOWNSEND AND TOWNSEND AND
  CREW LLP
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile:  (415) 576-0300
Email:  jisbester@townsend.com

Attorneys for defendant Wi-LAN Inc.

Dated:  January 16, 2009	FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: _____/S/_____
C. Larry O'Rourke (SBN 219255)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Ave.
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
Email:  larry.o'rourke@finnegan.com

Attorneys for plaintiffs Marvell
Semiconductor, Inc. and Marvell Asia Pte.,
Ltd.

Upon the parties' stipulation, and good cause appearing therefor, it is SO ORDERED.

Dated: ___February 9___, 2009	By: _/s/ James Ware_
United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of this document via the Court's CM/ECF system per General Order No. 45(IX)(B). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

Executed on January 23, 2009, at San Francisco, California.

                                        /s/
                              Victoria E. Hopper