1  MCKOOL SMITH PC
   Gayle Rosenstein Klein
2  State Bar No. 237975
3  399 Park Avenue, Suite 3200
   New York, New York 10022
4  Telephone: (212) 402-9400
   Facsimile: (212) 402-9444
5  Email: gklein@mckoolsmith.com

6  Attorneys for SPECIALLY APPEARING
   DEFENDANT Wi-LAN Inc.
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WI-LAN INC., <br><br> Defendant. | Case No. C 08-CV-05544 (JW) <br><br> **STIPULATION** FINDING AS MOOT **TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Subject to its special appearance, specially appearing defendant Wi-LAN Inc., by and through its counsel, requests that defendant's time to answer or otherwise plead to the complaint be extended until a date ten (10) days after this Court's ruling on Wi-LAN Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Subject Matter Jurisdiction and Improper Venue, and Motion to Transfer to First Filed Forum, filed January 15, 2009, in a related declaratory judgment action styled *Intel Corp. v Wi-LAN Inc.* et al, 5:08-cv-4555 (N.D. Cal.). Defendant's time to respond to the complaint in this action was previously extended from January 26, 2009, to February 25, 2009, by Order dated February 9, 2009 (DI 10). Plaintiffs Marvell Semiconductor, Inc. and Marvell Asia Pte., Ltd. do not oppose defendant's request.

Dallas 272818v1

This stipulated request is made on the grounds that the parties wish to avoid duplicative motion practice. The Court's anticipated ruling in the related *Intel* case will give the parties substantial guidance as to how to proceed in the instant action. Accordingly, it is in the interest of private and judicial economy to extend the time for Wi-LAN Inc. to answer or otherwise plead until a date ten (10) days after this Court's ruling in *Intel Corp. v. Wi-LAN Inc. et al*.

So stipulated,

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

| | | | |
|---|---|---|---|
| 1 | Dated: February 18, 2009 | | MCKOOL SMITH PC |
| 2 | | By: | /s/ |
| 3 | | | MCKOOL SMITH PC |
| | | | Gayle Rosenstein Klein |
| 4 | | | State Bar No. 237975 |
| | | | 399 Park Avenue, Suite 3200 |
| 5 | | | New York, New York 10022 |
| | | | Telephone: (212) 402-9400 |
| 6 | | | Facsimile: (212) 402-9444 |
| 7 | | | Email: gklein@mckoolsmith.com |
| 8 | | | Attorneys for SPECIALLY APPEARING DEFENDANT Wi-LAN Inc. |

McKool Smith
A Professional Corporation · Attorneys
New York, N. Y.

| | | | |
|---|---|---|---|
| 10 | Dated: February 19, 2009 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 12 | | By: | /s/ |
| 13 | | | Lily Lim |
| | | | State Bar No. 214536 |
| 14 | | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| 16 | | | 3300 Hillview Ave. |
| | | | Palo Alto, California 94304-1203 |
| 17 | | | Telephone: (650) 849-6600 |
| 18 | | | Facsimile: (650) 849-6666 |
| | | | Email: lily.lim@finnegan.com |
| 19 | | | Attorneys for plaintiffs Marvell Semiconductor, Inc. and Marvell Asia Pte., Ltd. |

28  STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                                        - 3 -
Case No. C 08-CV-05544 JW

Dallas 272818v1

**IT IS SO ORDERED AS MODIFIED:**

The Court's Order on February 20, 2009 STAYED all deadlines in ALL related Cases. The Stipulation is found a MOOT.

Dated: February 20, 2009 By: ______________________
United States District Court Judge

McKool Smith
A Professional Corporation • Attorneys
New York, N. Y.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2009, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT was filed electronically with the Clerk of the Court using CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ Michael G. McManus
Michael G. McManus

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

Dallas 272818v1